**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| BELLWETHER COMMUNITY CREDIT UNION, ALCOA COMMUNITY FEDERAL CREDIT UNION, and FIRST EDUCATION FEDERAL CREDIT UNION on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>                Defendant. | Case No. 1:17-cv-01102-WJM-SKC |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

The parties, plaintiffs Bellwether Community Credit Union, Alcoa Community Federal Credit Union, and First Education Federal Credit Union ("Plaintiffs") and Defendant Chipotle Mexican Grill, Inc. ("Chipotle"), by and through their respective counsel of record, hereby enter into this Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

On March 25, 2019, Plaintiffs and Chipotle executed a Confidential Settlement Agreement and Release (the "Agreement").

Pursuant to the Agreement, the parties hereby stipulate that the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:  March 28, 2019

Respectfully submitted,

| | |
|---|---|
| *s/ Joseph P. Guglielmo* | *s/ Paul G. Karlsgodt (with permission)* |
| Joseph P. Guglielmo | Paul G. Karlsgodt |

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
Colchester, CT  06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

Arthur M. Murray
**THE MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: 504-525-8100
Facsimile: 504-284-5249
amurray@murray-lawfirm.com

Brian C. Gudmundson
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612-341-0844
brian.gudmundson@zimmreed.com

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:   612-339-0981
khriebel@locklaw.com

Gary F. Lynch

**BAKER & HOSTETLER LLP**
1801 California Street | Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805
pkarlsgodt@bakerlaw.com

Carrie Dettmer Slye
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Telephone: 513.852.2626
Facsimile: 513.929.0303
cdettmerslye@bakerlaw.com

Sam A Camardo
**BAKER & HOSTETLER LLP**
127 Public Square
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
scamardo@bakerlaw.com

*Attorneys for Defendant*

**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15212
Telephone:   412-322-9243
Facsimile:   412-231-0246
glynch@carlsonlynch.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612-339-7300
Facsimile: 612-336-2921
bbleichner@chestnutcambronne.com

Karen Sharp Halbert
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, Arkansas  72223
Telephone: 501-821-5575
Facsimile: 501-821-4474
KarenHalbert@RobertsLawFirm.us

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** was served via the Court's ECF system on all counsel of record on this 28th day of March 2019.

*s/ Joseph P. Guglielmo*